# UNITED STATES DISTRICT COURT
for the

EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| United States of America<br>v.<br>DERRICK DEWAYNE TURNER | Case No: 97-Cr-225<br>USM No: 07345-058 |
| Date of Original Judgment: 03/05/1999<br>Date of Previous Amended Judgment: 12/17/2008<br>*(Use Date of Last Amended Judgment if Any)* | Thomas E. Phillip<br>*Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

☐ DENIED.   ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of  310  months **is reduced to**  260 months  .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated  03/05/1999  shall remain in effect.
**IT IS SO ORDERED**.

Order Date: 04/13/2015                         s/ Rudolph T. Randa
                                                *Judge's signature*

Effective Date: 11/01/2015                    Hon. Rudolph T. Randa, U.S. District Judge
*(if different from order date)*                 *Printed name and title*